**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA IN AND FOR HILLSBOROUGH COUNTY CIVIL DIVISION**

**JENNIFER BROWN,**

    **Plaintiff,**                           **CASE NO.:**

vs.

                                        **DIVISION:**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, JENNIFER BROWN, by and through her undersigned counsel, sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and shows unto this Honorable Court as follows:

1. This is a claim for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs and fees.

2. That on February 2, 2016, the Plaintiff, JENNIFER BROWN, was driving a 2015 GMC motor vehicle on Boulevard Avenue North in Tampa, Hillsborough County, Florida.

3. That at the aforesaid time and place, Lauren Ashley Jacob was driving 2011 Acura motor vehicle, and negligently operated or maintained her motor vehicle so that it collided with the Plaintiff's motor vehicle.

4. At the time of the collision described above, Lauren Ashley Jacob was an underinsured motorist and did not have sufficient personal injury liability insurance to compensate the Plaintiff for her damages.

5. As a result of the collision described above, the Plaintiff, JENNIFER BROWN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical, nursing, and hospitalization expenses, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money and aggravation of a previously existing injury. The losses are either permanent in nature or continuing and Plaintiff will suffer the losses in the future.

6. At the time of the collision described above, the Plaintiff, JENNIFER BROWN, was insured under a policy of motor vehicle insurance issued by the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, policy number C53406659B and said policy provided underinsured motorist coverage. A copy of said policy is known to this Defendant.

7. That Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has refused to pay pursuant to its policy.

WHEREFORE, the Plaintiff, JENNIFER BROWN, sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and claims damages in

excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), together with costs and respectfully demands a trial by jury.

Dated this 23rd day of January, 2017.

_____
WILLIAM H. WINTERS, ESQUIRE
WINTERS & YONKER, P.A.
Post Office Box 3342
Tampa, Florida 33601
(813) 223-6200
(813) 223-6900 fax
Florida Bar#: **437263**
Attorney for Plaintiff